UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 13, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUANA CARINA IBARRA,

Defendant.

Case No. 2:15-mj-00080-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUANA CARINA IBARRA ,

Case No.  2:15-mj-00080-EFB  from custody for the following reasons:

___ Release on Personal Recognizance

**X** Bail Posted in the Sum of $  $50,000 total ($25,000 secured by cash, remaining $25,000 unsecured)

___ Unsecured Appearance Bond $ _____

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**X** (Other): Pretrial Services conditions. To be released by the marshals service immediately.

Issued at Sacramento, California on April 13, 2015 at 2:25 PM

By: _____

Magistrate Judge Carolyn K. Delaney