HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-mj-080 EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR ONE-DAY EXTENSION TO POST BOND |
| v. | |
| JUANA CARINA IBARRA, | Judge:  Hon. Carolyn K. Delaney |
| Defendants. | |

The United States of America, through its counsel, Assistant U. S. Attorney Jill Thomas, and defendant, Juana Carina Ibarra, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the posting of the $25,000.00 unsecured bond and the $25,000.00 secured cash bond is extended by one-day to April 16, 2015.

On April 13, 2015, the Court granted the defendant 48 hours to the post the cash bond.  The reason for the requested extension is that the defendant placed the Federal Express envelope given to her by the Office of the Federal Defender around 5:00 p.m. on April 14, 2015 which was after its pickup time. As a result it will not arrive in Sacramento until April 16, 2015.  The tracking number is 801033170190.

| | | |
|---|---|---|
| 1 | DATED: April 15, 2015 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | |
| 4 | | */s/ Matthew C. Bockmon* |
| | | MATTHEW C. BOCKMON |
| 5 | | Assistant Federal Defender |
| | | Attorney for JUANA CARINA IBARRA |
| 6 | | |
| 7 | DATED: April 15, 2015 | BENJAMIN B. WAGNER |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Jill Thomas for Amanda Beck* |
| | | AMANDA BECK |
| 10 | | Assistant U.S. Attorney |

## **O R D E R**

Finding good cause, the Court grants the defendant a one-day extension to April 16, 2015 in which to post the $25,000.00 unsecured bond and the $25,000.00 secured cash bond.

Dated:  April 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE