1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JUANA CARINA IBARRA
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-mj-080 EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| JUANA CARINA IBARRA, | Judge:  Hon. Carolyn K. Delaney |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Juana Carina Ibarra, through their respective attorneys, that the release conditions imposed on Ms. Ibarra on April 13, 2015, may be modified:

   5.   Your travel is restricted to the Southern District of California and the Eastern District of California unless otherwise approved in advance by the pretrial services officer.

   Pretrial Services Officer, Michael Evans, is in agreement with this joint request to the following modification:

   5.   Your travel is restricted to the Eastern and Central Districts of California unless otherwise approved in advance by the pretrial services officer.

All other conditions shall remain in force.

1  DATED: April 15, 2015               HEATHER E. WILLIAMS
2                                       Federal Defender
3
                                        */s/ Matthew C. Bockmon*
4                                       MATTHEW C. BOCKMON
                                        Assistant Federal Defender
5                                       Attorney for JUANA CARINA IBARRA
6
7  DATED: April 15, 2015               BENJAMIN B. WAGNER
                                        United States Attorney
8
9                                       */s/ Jill Thomas for Amanda Beck*
                                        AMANDA BECK
10                                      Assistant U.S. Attorney

# **O R D E R**

The following release condition is modified:

5. Your travel is restricted to the Eastern and Central Districts of California unless otherwise approved in advance by the pretrial services officer.

All other conditions shall remain in force.

Dated: April 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE