HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-mj-080 EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| JUANA CARINA IBARRA, | Date:   July 2, 2015<br>Time:   2:00 p.m.<br>Judge:  Hon. Carolyn K. Delaney |
| Defendants. | |

The United States of America, through its counsel, Assistant U. S. Attorney Amanda Beck, and defendant, Juana Carina Ibarra, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the Preliminary Hearing, currently scheduled for June 4, 2015, be continued to July 2, 2015 at 2:00 p.m.

The continuance is necessary for defense preparation in conferring with defendant and the government to negotiate a resolution to this matter prior to an indictment being filed.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 4, 2015.

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: May 26, 2015          HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Matthew C. Bockmon*
                             MATTHEW C. BOCKMON
                             Assistant Federal Defender
                             Attorney for JUANA CARINA IBARRA

DATED: May 26, 2015          BENJAMIN B. WAGNER
                             United States Attorney

                             */s/ Amanda Beck*
                             AMANDA BECK
                             Assistant U.S. Attorney

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to July 2, 2015, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  May 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
ibarra0080.stipo.cont.PX