HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-mj-080 EFB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| JUANA CARINA IBARRA, | Judge:   Hon. Carolyn K. Delaney |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Juana Carina Ibarra, through their respective attorneys, that the release conditions imposed on Ms. Ibarra on April 14, 2015 (Dkt. 4), may be modified to add:

12.   **You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

Pretrial Services Officer, Michael Evans, is in agreement with this joint request to the modification.

All other conditions shall remain in force.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2015 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for JUANA CARINA IBARRA

DATED: June 16, 2015        BENJAMIN B. WAGNER
United States Attorney

/s/ Amanda Beck
AMANDA BECK
Assistant U.S. Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney

**O R D E R**

The following release condition is modified:

12.   **You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

All other conditions shall remain in force.

Dated: June 17, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE