1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JUANA CARINA IBARRA
6

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, ) No. 15-mj-080 EFB
                              )
11 |           Plaintiff,     ) STIPULATION AND ORDER TO
                              ) CONTINUE PRELIMINARY HEARING
12 |     v.                   )
                              ) Date:  August 6, 2015
13 | JUANA CARINA IBARRA,     ) Time:  2:00 p.m.
                              ) Judge: Hon. Dale A. Drozd
14 |           Defendants.    )
                              )
15 |_____  )

16
17        The United States of America, through its counsel, Assistant U. S. Attorney
18 Amanda Beck, and defendant, Juana Carina Ibarra, through Assistant Federal
19 Defender, Matthew C. Bockmon, stipulate that the Preliminary Hearing, currently
20 scheduled for July 2, 2015, be continued to August 6, 2015, at 2:00 p.m.
21        The continuance is necessary for defense preparation in conferring with
22 defendant and the government to negotiate a resolution to this matter prior to an
23 indictment being filed.
24        The parties agree that the above reasons constitute good cause to extend the
25 time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should
26 extend the time within which the government must file an indictment to August 6,
27 2015.
28

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: June 24, 2015          HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Matthew C. Bockmon*
                              MATTHEW C. BOCKMON
                              Assistant Federal Defender
                              Attorney for JUANA CARINA IBARRA

DATED: June 24, 2015          BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Amanda Beck*
                              AMANDA BECK
                              Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to August 6, 2015, at 2:00 p.m., before the Hon. Dale A. Drozd; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  June 24, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE