HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUANA CARINA IBARRA,<br><br>　　　　Defendants. | No. 15-mj-080 EFB<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date:　October 8, 2015<br>Time:　2:00 p.m.<br>Judge:　Hon. Kendall J. Newman |

　　　　The United States of America, through its counsel, Assistant U. S. Attorney Amanda Beck, and defendant, Juana Carina Ibarra, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the Preliminary Hearing, currently scheduled for August 6, 2015, be continued to October 8, 2015 at 2:00 p.m.

　　　　The continuance is necessary for defense preparation in conferring with the defendant.

　　　　The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to October 8, 2015.

　　　　The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and

the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

| | |
|---|---|
| DATED: August 4, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for JUANA CARINA IBARRA |
| DATED: August 4, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Amanda Beck*<br>AMANDA BECK<br>Assistant U.S. Attorney |

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to October 8, 2015, at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 4, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
ibarra0080.stipo.cont.PX-2