HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUANA CARINA IBARRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15-mj-080 EFB |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. ) | Date: October 8, 2015 |
| JUANA CARINA IBARRA, ) | Time: 2:00 p.m. |
| Defendants. ) | Judge: Hon. Kendall J. Newman |

The United States of America, through its counsel, Assistant U. S. Attorney Amanda Beck, and defendant, Juana Carina Ibarra, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the Preliminary Hearing, currently scheduled for October 8, 2015, be continued to December 3, 2015 at 2:00 p.m.

The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of the evidence, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case via an information and an agreed upon plea deal.

The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed.R.Crim.P. 5.1, and that the Court should

extend the time within which the government must file an indictment to December 3, 2015.

The parties further stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7), (Local Code T4).

| | |
|---|---|
| DATED: October 6, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for JUANA CARINA IBARRA |
| DATED: October 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Amanda Beck*<br>AMANDA BECK<br>Assistant U.S. Attorney |

Stipulation to Continue                             -2-

# O R D E R

Finding good cause, the Court orders the preliminary hearing continued to December 3, 2015, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 7, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE